UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN HEATON, et al.,

    Plaintiffs,

v.

SOCIAL FINANCE, INC., et al.,

    Defendants.

Case No. 14-cv-05191-TEH

**ORDER RE: MOTION TO FILE UNDER SEAL**

On September 25, 2015 Plaintiffs filed a motion to file certain exhibits and portions of their moving papers in connection with their Opposition to Defendants' Motion for Summary Judgment under seal. Plaintiffs state that they have done so because the exhibits are documents, or portions of documents, designated as confidential by Defendants. However, Defendants have failed to comply with Civil Local Rule 79-5(e). Pursuant to that rule, the exhibits could simply be filed as part of the public record. However, out of an abundance of caution, the Court will grant Defendants until **October 9, 2015**, to file and serve a declaration "establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).

**IT IS SO ORDERED.**

Dated: 10/01/15

_____
THELTON E. HENDERSON
United States District Judge