UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HEATON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOCIAL FINANCE, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05191-TEH<br><br>**ORDER RE: REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

This matter comes before the Court on Defendants' request for leave to file a motion for reconsideration of the Court's October 15, 2015 Order denying Defendants' motion for summary judgment.  *See* Request (Docket No. 92).  Defendants' attached the motion for reconsideration to their request, so the Court was able to review the facts and arguments forming the basis for Defendants' proposed motion.  *See* Exhibit A to Request.

Viewing the bases for Defendants' proposed motion, the Court notes that all of the arguments and facts in question were considered in the Court's decision to deny summary judgment, though not explicitly laid out in the October 15, 2015 Order; thus, reconsideration is not appropriate under Civil Local Rule 7-9(b)(3).

For these reasons, the Court DENIES Defendants' request for leave to file the motion for reconsideration.  However, the Court has determined that the October 15, 2015 Order should be amended, so that order is hereby WITHDRAWN.  Attached as Exhibit A to this Order is an amended Order denying Defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: 11/04/15                          _____
                                                       THELTON E. HENDERSON
                                                       United States District Judge