UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN HEATON, et al.,

    Plaintiffs,

  v.

SOCIAL FINANCE, INC., et al.,

    Defendants.

Case No. 14-cv-05191-TEH

**ORDER RE: EXPERT DISCOVERY**

This matter concerns a disagreement between the Parties regarding expert discovery timing, which was brought to the Court's attention in the Parties' Joint Case Management Statement and discussed at the Case Management Conference on November 2, 2015. After considering the Parties' arguments, the Court has decided to proceed as follows:

All discovery of experts relevant to the issue of class certification shall be completed before the briefing on the motion for class certification commences. As established at the November 2, 2015 Case Management Conference, Plaintiffs' motion for class certification shall be filed no later than **April 1, 2016**.

Plaintiffs shall disclose the identity of their class certification experts no later than **February 1, 2016**. Defendants shall disclose the identity of rebuttal experts, if any, no later than **March 1, 2016**. Both Parties' disclosures shall be accompanied by a written report pursuant to Fed. R. Civ. P. 26(a)(2)(B).

The Court will resolve all other disputed dates and deadlines not relevant to class certification at a later time.

**IT IS SO ORDERED.**

Dated: 11/05/2015     _____
THELTON E. HENDERSON
United States District Judge