NICHOLS KASTER, LLP
Matthew C. Helland, CA Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Phone: (415) 277-7235
Fax: (415) 277-7238

BERGER & MONTAGUE, P.C.
E. Michelle Drake, MN Bar No. 0387366*
emdrake@bm.net
John G. Albanese, MN Bar No. 0395882*
jalbanese@bm.net
100 South Fifth Street, 19th Fl
Minneapolis, MN 55402
Phone: (215) 875-3000
Fax: (215) 875-4604

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb, NY Bar No. JG-7905*
nyjg@aol.com
Dana L. Gottlieb, NY Bar No. DG-6151*
danalgottlieb@aol.com
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
*admitted *pro hac vice*

Attorneys for Individual and Representative Plaintiffs
[Attorneys for Defendants listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN HEATON and ANNA AHLBORN, individually, as representatives of the classes, and on behalf of the general public,<br><br>           Plaintiffs,<br><br>v.<br><br>SOCIAL FINANCE, INC., and SOFI LENDING CORP.,<br><br>           Defendants. | Case No.: 3:14-cv-05191-TEH<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE LITIGATION DEADLINES**<br><br><br>Hon. Thelton E. Henderson<br>Courtroom: 12<br>Complaint Filed: Nov. 24, 2014 |

1    Pursuant to Local Rule 7-12, Plaintiffs Shawn Heaton and Anna Ahlborn ("Plaintiffs") and Defendants Social Finance, Inc. and SoFi Lending Corp. ("Defendants") (collectively the "parties"), by and through their undersigned counsel, hereby jointly notify the Court that the parties have reached a settlement in principle and are working towards finalizing a settlement agreement.  The parties further stipulate and agree as follows:

WHEREAS, on January 26, 2016, the parties attended mediation with neutral Hon. Edward Infante, at which the parties agreed to a settlement terms sheet;

WHEREAS, the parties have begun negotiating a formal settlement agreement;

WHEREAS, there are upcoming litigation deadlines, including a February 22nd deadline for a case management statement, and a February 29th case management conference, currently scheduled in this matter;

WHEREAS, the parties agree that they require 45 days to formalize the settlement and to prepare a motion for preliminary approval;

WHEREAS, the parties agree that all currently scheduled litigation deadlines should be vacated;

WHEREFORE, the parties request that the Court vacate all pending litigation deadlines in this matter and set a deadline of April 7, 2016 for the parties to file for preliminary approval.

Date: February 19, 2016              BERGER & MONTAGUE, P.C.

/s/John G. Albanese

John G. Albanese (*pro hac vice*)

ATTORNEY FOR PLAINTIFFS

Date: February 19, 2016              MORRISON & FOERSTER, LLP

/s/James F. McCabe
James F. McCabe (CA Bar No. 104686)
jmccabe@mofo.com

-2-     Case No.: 3:14-cv-05191-TEH
NOTICE OF SETTLEMENT AND STIPULATION

Sarah Nicole Davis (CA Bar No. 275145)
sarahdavis@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Fax: 415.268.7522

ATTORNEYS FOR DEFENDANTS

**IT IS SO ORDERED.**

Date: 02/22/2016

Hon. Thelton E. Henderson
United States Senior District Judge

-3-    Case No.: 3:14-cv-05191-TEH

NOTICE OF SETTLEMENT AND STIPULATION